**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

A.Y.G.,                                          :
                                                 :
          Petitioner,                            :
                                                 :
v.                                               :     Case No. 7:26-cv-198-WLS-AGH
                                                 :          28 U.S.C. § 2241
Warden, IRWIN DETENTION                          :
CENTER,                                          :
                                                 :
          Respondent.                            :

## <u>ORDER</u>

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on June 9, 2026 (ECF No. 1), and on July 21, 2026, Petitioner paid the filing fee.  Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response.  28 U.S.C. § 2243.  Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 22nd day of July, 2026.

          s/ *Amelia G. Helmick*
          UNITED STATES MAGISTRATE JUDGE